# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BROOKS, JR., | ) Case Nos. LA CV 17-3406 MWF (JCG) |
| Petitioner, | ) LA CV 17-3509 MWF (JCG) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| L.A. TWIN TOWERS | ) |
| CORRECTIONAL FACILITY, | ) |
| *et al.* | ) |
| | ) |
| Respondent. | ) |

     IT IS ADJUDGED that the above-captioned actions are **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petitions for Writ of Habeas Corpus Without Prejudice.

DATED: January 22, 2018

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE